FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 03 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:23CR 00253 LPR |
| | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 2423(b) |
| ROBERT LEE BODINE | ) | 18 U.S.C. §§ 2251(a) and (e) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 26, 2020, in the Eastern District of Arkansas and elsewhere, the defendant,

ROBERT LEE BODINE,

knowingly traveled in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person.

All in violation of Title 18, United States Code, Section 2423(b).

### COUNT TWO

On or about November 29, 2020, in the Eastern District of Arkansas and elsewhere, the defendant,

ROBERT LEE BODINE,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, J.W., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct (namely filename: 10889957265289372505), and he knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and the materials used to produce the visual depiction were mailed, shipped, or transported in interstate or foreign

commerce by any means, including by computer or cellular telephone, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE

On or about November 29, 2020, in the Eastern District of Arkansas and elsewhere, the defendant,

ROBERT LEE BODINE,

did knowingly employ, use, persuade, induce, entice, and coerce a minor, J.W., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct (namely filename: 12445729883308100882), and he knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and the materials used to produce the visual depiction were mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer or cellular telephone, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).